1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

11
12

CONSUMER FINANCIAL
PROTECTION BUREAU,

Case No. 8:17-CV-1081-JLS-JEM

13

Petitioner,

**ORDER TO SHOW CAUSE**

14

15

v.

16

SEILA LAW, LLC,

17

Respondent.

18
19
20
21
22
23
24
25
26
27
28

# ORDER TO SHOW CAUSE

Before the Court is Consumer Financial Protection Bureau's Petition to Enforce Civil Investigative Demand (CID) against Seila Law, LLC.  (Pet., Doc. 1.)

**IT IS HEREBY ORDERED** that on August 18, 2017, at 2:30 p.m. or as soon thereafter as the parties can be heard, the Respondent shall appear before the Honorable Josephine L. Staton, United States District Judge, in Courtroom 10A, located at 411 West Fourth Street, Santa Ana, 92701, to show case, if there be any, why an Order Compelling Compliance with the CID should not be granted in accordance with the Petition filed by the Bureau.

**IT IS FURTHER ORDERED** that Respondent be served with a copy of this Order within three days.

**IT IS FURTHER ORDERED**  that Respondent file and serve papers in opposition to the Bureau's Petition on or before July 21, 2017, and that the Bureau file and serve reply papers on or before August 4, 2017.

Dated: June 29, 2017

_____
Hon. Josephine L. Staton
U.S. District Judge